# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DONNA DIAZ,

        Plaintiff,

v.                                            Case No: 6:21-cv-1426-RBD-LRH

DISNEY DESTINATIONS, LLC,

        Defendant.
_____

## ORDER OF DISMISSAL

The parties have filed a Joint Notice of Resolution and Stipulation of Dismissal with Prejudice (Doc. 13). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 23, 2021.



ROY B. DALTON JR.
United States District Judge